# Eastern District of Virginia – U.S. District Court
## ARRAIGNMENT/DETENTION MINUTES:

| | |
|---|---|
| Time Set: 12:00 p.m. | Date: 8/25/2022 |
| Started: 12:05 pm | Presiding Judge: Douglas E. Miller |
| Ended: 12:18 pm | Courtroom Deputy: C. Dodge |
| | Court Reporter: FTR / Zoom |
| Split Time: | U.S. Attorney: Anthony Mozzi |
| Hearing Held: ( ) Norfolk (X) Newport News | Defense Counsel: Brian Latuga |
| Case Number: 2:21cr126 | ( ) Retained ( x ) Court appointed ( ) AFPD |
| Defendant: Laura Ortiz | Interpreter: |

**INITIAL APPEARANCE:**
- ( ) Indictment
- ( ) Supervised Release
- ( ) Probation
- (X) Pretrial Violation Hearing

**COUNSEL:**
- ( ) Court explained right to counsel
- ( ) Counsel waived
- ( ) Counsel desired.
- ( ) Affidavit executed and filed in open court
- ( ) Court directed appointment of counsel
- ( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

**DETENTION:** Violation  Kim Weaver, PO
- (X) Detention Hearing (X) Held ( ) Waived
- ( ) Government motion for detention:
- ( ) Granted ( ) Denied ( ) Motion to Withdraw
- ( ) Detention Ordered ( ) Remanded
- ( ) Bond set _____
- ( ) Special Conditions of Release
- ( ) Defendant continued on previous bond
- ( ) Additional Conditions of Release
- ( ) Defendant failed to appear
- ( ) Government motion for warrant -Granted

**ORDERS:** ∆ stipulated to the violation
- ( ) Agreed Discovery/Protective Order Entered
- ( ) Defendant consented to video proceedings. Order entered and filed
- ( ) Oral admonition as required by DPPA given to the prosecutor

**ARRAIGNMENT:**
- ( ) Defendant formally arraigned
- ( ) Defendant waived formal arraignment
- ( ) Defendant entered plea of guilty
- ( ) Defendant entered plea of not guilty
- ( ) Jury demanded
- ( ) Jury Waived
- ( ) Jury waiver executed and filed
- ( ) Preliminary motions deadline _____
- ( ) Response motions deadline _____
- ( ) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on _____
  @ ( ) Norfolk ( ) Newport News ( ) Richmond

**PRELIMINARY HEARING:**
- ( ) Preliminary Hearing ( ) Held ( ) Waived
- ( ) Defendant stipulated to probable cause
- ( ) Court finds probable cause
- ( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
- ( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

**APPEARANCE AT PRELIMINARY HEARING:**
- ( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
- ( ) Waiver of Appearance executed
- ( ) Arraignment: _____

- ( ) SRV/Probation Hearing: _____
- ( ) _____
- ( ) _____
- ( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

## STANDARD CONDITIONS OF RELEASE

1) The defendant's travel is restricted to the State of Virginia.
2) The defendant is directed to refrain from excessive use of alcohol.
3) The defendant is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) The defendant is directed to surrender any passport to the Probation Office.
5) The defendant is prohibited from obtaining any passport.
6) The defendant shall report as soon as possible to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) The defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
10) The defendant shall submit to supervision by and report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

( ) Travel is restricted to:_____
     ( ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.

( ) The defendant is directed to maintain residence at:_____

( ) _____ is directed to serve as third-party custodian.

(X) The defendant shall comply with a specified curfew from 10pm to 6am or as specified by the U.S. Probation Office.

(X) The defendant is directed to submit to electronic monitoring (with/without) GPS, (X) Curfew ( ) Home Detention ( ) Home Incarceration (with/without) time outs as directed by the U.S. Probation Office, at the expense of the defendant.

( ) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.

( ) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.

( ) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.

( ) The defendant shall submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.

( ) The defendant is directed to avoid all contact direct or indirectly with alleged victims, and/or potential witnesses and/or co-conspirators in the investigation or prosecution, ( ) including but not limited to any child under the age 18, unless in the company of an informed adult approved by the U.S. Probation, including _____.

( ) The defendant is directed to seek and maintain verifiable employment as directed by the Probation Office.

( ) The defendant shall not use, have possession, or access any to computer or internet, bulletin board, or chat room.

( ) The defendant shall notify current or future employers of charged offense. ( ) and provide contact information for individual responsible for internet monitoring at place of employment.

(X) to report to USPO in Fla. for installation of monitoring equipment by 2pm on 8/26/25.

( ) _____
( ) _____
( ) _____
( ) _____